# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2864

_____

| | | |
|---|---|---|
| Leticia Sanders, on behalf of D.S.H., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Michael J. Astrue, Commissioner, | * | [UNPUBLISHED] |
| Social Security Administration, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: February 2, 2012
Filed: February 7, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Leticia Sanders, on behalf of her minor daughter D.S.H., appeals the district court's[1] order affirming the denial of supplemental security income benefits. Upon de novo review, see Moore ex rel. Moore v. Barnhart, 413 F.3d 718, 721 (8th Cir. 2005), we agree with the district court's reasons for rejecting the arguments Sanders raised below, and we decline to consider the new contentions she raises on appeal,

_____

[1]The Honorable Billy Roy Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

see Flynn v. Chater, 107 F.3d 617, 620 (8th Cir. 1997).  Accordingly, the judgment of the district court is affirmed.  See 8th Cir. R. 47B.

_____